| **Information to identify the case:** | |
|---|---|
| Debtor 1  **Adel Hamad**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–8071**<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2  **Noja Hammad**<br>(Spouse, if filing)   First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–0980**<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Eastern District of New York** | |
| Case number:   **1–17–44950–ess** | |

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

- Alan Nisselson (Trustee) is discharged as trustee of the estate of the above–named debtor(s).
- The Chapter 7 case of the above–named debtor(s) is closed.

s/ Elizabeth S. Stong
United States Bankruptcy Judge

Dated: March 12, 2018

**BLfnld7** [Final Decree 7 rev 12/01/15]